No. 95–5165. CINEL v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 95–5166. MOORE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–5169. SWEET v. SUTHERLAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–5170. NOSRATI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5173. OLMOS-ESPARZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5174. PRATT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–5176. VAUGHN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5178. COLLIER v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 95–5179. SALAS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–5180. ANTONELLI v. HOLT, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5181. SPEARMAN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5182. WOOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5183. TRIPATI v. AGRA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5185. BARRETT v. FIELDHOUSE ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5186. CULLY v. ADMINISTRATOR, OHIO BUREAU OF EMPLOYMENT SERVICES, ET AL. Sup. Ct. Ohio. Certiorari denied.